FILED
CLERK, U.S. DISTRICT COURT
JAN 13 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 09-852-RGK |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| CLARENCE GARRISON ) | [Fed.R.Crim.P. 32.1(a)(6); |
| NKOSHA ) | 18 U.S.C. 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist, CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on nature of allegation - failure to report

1
2
3
4        and/or
5  B.   ( )   The defendant has not met his/her burden of establishing by
6        clear and convincing evidence that he/she is not likely to pose
7        a danger to the safety of any other person or the community if
8        released under 18 U.S.C. § 3142(b) or (c). This finding is based
9        on: _____
10       _____
11       _____
12       _____
13

14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated:    1/13/14

                                    _____
                                    UNITES STATES MAGISTRATE JUDGE